[Doclose] [Order Closing]

|  |  |
|---|---|
| **Dated: May 23, 2016** | ORDERED. <br><br> K. Rodney May <br> United States Bankruptcy Judge |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                              Case No. 8:15−bk−12884−KRM
                                                                                    Chapter 7
Charles E. Korth

Rosemary Korth

_____Debtor*_____/

### ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE, CANCELING BOND, AND CLOSING ESTATE

   The Court finds that the trustee in the above−captioned case has completed all disbursements, if any, as required, has rendered a full and complete account thereof, and has performed all duties required for the administration of this estate. Accordingly, it is

   **ORDERED:**

   1.  The account of the trustee is approved and allowed, the estate is fully administered, and the estate is closed.

   2.  The trustee is discharged from and relieved of the trust, the bond of the trustee is canceled, and the surety or sureties thereon are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

   3.  All motions/objections/applications that have not been resolved are denied as moot.

   4.  The Clerk shall dispose of any exhibits left unclaimed in any matter or proceeding unless notified by the appropriate party within 30 days.


The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both the debtors in a case filed jointly by two individuals.